John Moore, Respondent, v. Roland R. Conklin, Appellant.— Judgment affirmed, with costs. All concurred.

The City of Buffalo v. Delaware, Lackawanna and Western Railroad Company.— Decision amended by inserting after the word "reversed," the words "upon the law and the facts."

In the Matter of the Application of Catherine Ditner, Respondent, to Compel the Substitution of an Attorney in the Place of George V. Fleckenstein, Appellant, in the Action Entitled George Zieres and Rosa Ann Zieres, v. Catherine Ditner.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., dissenting.

Frederick W. Miller, an Infant, by Henry Walters, his Guardian ad Litem, Respondent, v. M. Stuart Benedict and Harry S. Benedict, Appellants.— Judgment and order affirmed, with costs. All concurred.

Clinton Sanderson, Appellant, v. Lora A. Handy and Frank Handy, Respondents.— Plaintiff's exceptions overruled, motion for new trial denied and judgment dismissing the complaint ordered for the defendants with costs, without prejudice to plaintiff's right to restrain by proper action any unlawful interference with his rights in the dam in question. All concurred.

Josephine Callahan, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant. —Judgment of County Court affirmed, with costs. All concurred.

George Pfanmiller, Respondent, v. Leonard H. Groesbeck and Others, Appellants.— Judgment of County Court and of Municipal Court affirmed, with costs. All concurred.

Mary J. Comley v. Grace E. Selover, as Executrix, etc.— Motion for reargument denied, with ten dollars costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

Edward C. Russell, Respondent, v. Black River Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Harriet F. Parsons v. Terminal Railway Company et al.— Decision heretofore made in this cause amended by inserting after the words "eight thousand dollars" the words "with interest thereon from the sixteenth day of January, 1900."

Charles Strucks, Respondent, v. Anna Corning, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

Emogene Garlock, as Administratrix, etc., v. New York Central and Hudson River Railroad Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the authority of *Sciolina* v. *Erie P. Co.* (151 N. Y. 50) and *Meeker* v. *Remington & Sons Co.* (Opinion by O'Brien, J., Court of Appeals, not published.)